UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

MICHAEL D. RICCIUTI            :            2004 MAR 18  P 12: 48

       v.            : CASE NO. 3:03cv708 (CFD) DISTRICT COURT
                                                      HARTFORD. CT.

JUDGE JON M. ALANDER            :

## JUDGMENT

This action having come on for consideration of the defendant's Motion to

Dismiss before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the motion and the full record of the case including

applicable principles of law, and having granted the motion by ruling, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered

in favor of the defendant.

Dated at Hartford, Connecticut, this 18th day of March, 2004.

KEVIN F. ROWE, Clerk

By _D. Johnson_

Devorah Johnson
Deputy Clerk

EOD_____